UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Schuff Steel Company, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Liberty Mutual Fire Insurance Company, a Wisconsin corporation<br><br>    Defendant. | CASE NO. 14-0475<br><br>COMPLAINT<br><br>Section F<br><br>Magistrate Judge 2<br>**(Jury Trial Demanded)** |

### ORDER

The Court, having been advised by counsel for Plaintiff Schuff Steel Company ("Schuff") that Schuff and Defendant Liberty Mutual Fire Insurance Company ("Liberty") have agreed upon a compromise,

**IT IS ORDERED** that the claims of Schuff against Liberty are hereby dismissed without prejudice to the right, within ~~sixty days~~ a reasonable time, to seek summary judgment enforcing the compromise or to reinstate Schuff's claims, if the settlement is not consummated by that time.

**IT IS FURTHER ORDERED** that in light of the compromise, any outstanding order of the Court compelling the filing of a responsive pleading or a motion for default is moot at this time. However, in the event of a failure to consummate the settlement, both parties reserve the right to enforce the order for compliance in a timely manner.

New Orleans, Louisiana this 17th day of October, 2014.

            _____
                  JUDGE

1171923v1